UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Center for Biological Diversity,<br><br>　　Plaintiff,<br><br>　　v.<br><br>U.S. Environmental Protection Agency, *et al.*,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>) 1:22-cv-486-BAH<br>)<br>)<br>)<br>)<br>) |

**STIPULATED EXTENSION OF TIME FOR JOINT STATUS REPORT**

Plaintiff, the Center for Biological Diversity, and Defendants, the U.S. Environmental Protection Agency ("EPA"), *et al.* (collectively, "the Parties") stipulate to an extension of time until October 18, 2022 to file their joint status report. The Parties request the Court's approval. In support of this stipulated extension of time, the Parties state the following:

1.　The Parties' joint status report is due on August 19, 2022.

2.　The Parties continue working on settlement and require additional time to determine whether a settlement is possible or continue with litigation.

3.　To allow settlements discussions to continue, the Parties stipulate to an extension for their joint status report until October 18, 2022.

Submitted this 17th day of August, 2022,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ryan Shannon*
　　　　　　　　　　　　　　　　　　　　　　　Ryan Adair Shannon (D.C. Bar No. OR0007)
　　　　　　　　　　　　　　　　　　　　　　　Center for Biological Diversity
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 11374
　　　　　　　　　　　　　　　　　　　　　　　Portland, OR 97211
　　　　　　　　　　　　　　　　　　　　　　　971-717-6407
　　　　　　　　　　　　　　　　　　　　　　　rshannon@biologicaldiversity.org

1

Andrew McAleer Hawley
Western Environmental Law Center
1402 3rd Avenue Suite 1022
Seattle, WA 98101
206-487-7250
hawley@westernlaw.org

*Attorneys for Plaintiff*

TODD KIM, Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief

<u>*/s/ Rickey D. Turner, Jr.*</u>
RICKEY D. TURNER, JR.
CO Bar No. 38353
Senior Attorney
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Phone: (303) 844-1373
rickey.turner@usdoj.gov

*Attorneys for Federal Defendants*