UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Center for Biological Diversity,

    Plaintiff,

        v.      1:22-cv-486-BAH

U.S. Environmental Protection Agency, *et al.*,

    Defendants.

**ORDER APPROVING A STIPULATED STAY**

After reviewing the Parties stipulated stay and finding good cause, the Court approves the stipulation. On or before, October 18, 2022, the Parties will file a motion to either (1) extend the stay to continue settlement discussions or (2) lift the stay to continue litigation.

DATE:_____   _____

                                                             Honorable Beryl A. Howell